## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| MELISSA RAMIREZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:20-cv-00542 |
| | ) | |
| STEVEN TAYLOR, in his | ) | |
| individual capacity, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Comes now the Defendant, Steven Taylor, in his individual capacity ("Officer Taylor"), by and through counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, 28 U.S.C. §§ 1331 and 1343, and hereby gives notice of the removal of this action to the United States District Court for the Eastern District of Tennessee, Northern Division, from the Circuit Court for Knox County, Tennessee in the Sixth Judicial District, at Knoxville. As grounds for removal, Officer Taylor states as follows:

1. The Plaintiff, Melissa Ramirez, is a citizen and resident of Knox County, Tennessee, which is in the federal district and division of this Court. On November 16, 2020, the Plaintiff filed a Complaint against Officer Taylor in the Circuit Court for Knox County, Tennessee in the Sixth Judicial District, at Knoxville. A summons and a copy of the Complaint were served upon Officer Taylor on November 30, 2020, copies of which are attached hereto, pursuant to 28 U.S.C. § 1446(a) [*See* Docs. 1-1, 1-2].

2. Officer Taylor is, and was at the time of the filing of the Complaint, an officer of the City of Knoxville Police Department, located in Knoxville, Tennessee.

3. In the Complaint, the Plaintiff alleges, *inter alia*, a cause of action pursuant to 42 U.S.C. § 1983. Accordingly, 28 U.S.C. §§ 1331 and 1343 affords this Court original jurisdiction of this action, and 28 U.S.C. § 1441(a) authorizes Officer Taylor to remove this action to this Court.

4. The United States District Court for the Eastern District of Tennessee, at Knoxville, is the district court of the United States for the district and division embracing the place where the underlying action is pending.

5. This Notice of Removal has been filed within thirty (30) days after the receipt by Officer Taylor of the summons and copy of the Complaint and is therefore timely pursuant to 28 U.S.C. § 1446(b).

6. Promptly after the filing this Notice of Removal, Officer Taylor will give written notice thereof to the Plaintiff by serving a Notice of Filing Notice of Removal along with a copy of this Notice of Removal upon her counsel and will file with the Clerk of the Circuit Court for Knox County, Tennessee a copy of this Notice of Removal to effect the removal of the underlying action, pursuant to 28 U.S.C. § 1446(d). A copy of a Notice of Filing Notice of Removal is attached hereto [*See* Doc. 1-3].

WHEREFORE, Defendant Steven Taylor gives notice of removal of this action from the Circuit Court for Knox County, Tennessee to this Court.

Respectfully submitted, this 22nd day of December, 2020.

s/ E. Jerome Melson
E. Jerome Melson (BPR # 013340)
John M. Kizer (BPR # 029846)
GENTRY, TIPTON & McLEMORE, P.C.
P.O. Box 1990
Knoxville, Tennessee 37901-1990
(865) 525-5300
Attorneys for Defendant Steven Taylor

2

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of December, 2020, a true and correct copy of the foregoing Notice of Removal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. I further certify that a copy of the foregoing Notice of Removal was served this date on Plaintiff through her counsel of record in the underlying state court civil action by U.S. first class mail, postage prepaid, and by email. The undersigned further certifies that a copy of the foregoing Notice of Removal is being filed with the Clerk of the Circuit Court for Knox County, Tennessee in the Sixth Judicial District, at Knoxville, where the underlying civil action is pending.

/s/ E. Jerome Melson
E. Jerome Melson

3